*People* v. *Schaefer*, 168 App. Div. 914, affirmed.
(Argued November 22, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1915, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of murder in the second degree.

*Charles G. F. Wahle* for appellant.

*Charles A. Perkins, District Attorney* (*Louis Fabricant* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VITO MICELLI, Appellant.

*People* v. *Micelli*, 156 App. Div. 756, affirmed.
(Argued November 22, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1913, which affirmed a judgment of the Court of General Sessions of the Peace rendered upon a verdict convicting the defendant of the crime of kidnapping.

*Charles W. Gould* for appellant.

*Charles A. Perkins, District Attorney (Robert S. Johnstone* and *Charles F. Bostwick* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.